# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT SPAHR,

    *Plaintiff*,

vs.

RAMSEY, *et al.*

    *Defendants*.

3:12-cv-00231-LRH-WGC

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

Plaintiff has not submitted a proper application to proceed *in forma pauperis*. Under Local Rule LSR 1-1, a plaintiff must submit an application on the Court's required form. Plaintiff did not submit the application on the Court's required form but instead used what appears to be a Nevada state court form.

It does not appear from the allegations of the complaint that a dismissal without prejudice of this improperly-commenced action would result in a promptly-filed new action being time-barred.

IT THEREFORE IS ORDERED that the application (#1) to proceed *in forma pauperis* is DENIED without prejudice.

IT FURTHER IS ORDERED that this action is DISMISSED without prejudice to the filing of a new complaint in a new action together with either the required $350.00 filing fee or a properly completed new application to proceed *in forma pauperis* on the proper form and with all required, and new, attachments.

1    IT FURTHER IS ORDERED that the Clerk shall send plaintiff two copies each of an *in forma pauperis* application form for a prisoner and a § 1983 complaint form, one copy of the instructions for each form, and one copy of the papers that plaintiff submitted in this action.

    The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

    DATED this 5th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE